# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER SHIRLEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-cv-0476 |
| | : | |
| FIRST COMP INSURANCE and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 19th day of May, 2010, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint for Improper Venue or, in the Alternative, to Transfer Venue (Doc. No. 3) and responses thereto, it is hereby ORDERED that Defendants' Motion is DENIED for the reasons contained in the attached Memorandum.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.